UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | ORDER |
| | : | |
| ZHI LIN, | : | CR. NO. 08-840-001 (JEI) |
| Defendant. | : | |
| | : | |

The financial inability of the defendant to retain counsel having been

established by the Court, and the defendant not having waived the appointment

of counsel,

IT IS on this $\frac{19}{}$ day of November, 2012,

ORDERED that the Federal Public Defender for the District of New Jersey,

(Lori Koch, AFPD), is hereby appointed to represent said defendant in this

case until further order of the Court.

JOSEPH E. IRENAS
SENIOR UNITED STATES DISTRICT JUDGE